THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. RAEFFELE CIAVARELLA, Appellant.

(Argued March 12, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Supreme Court, rendered January 31, 1912, at a Trial Term for the county of Oswego upon a verdict convicting the defendant of the crime of murder in the first degree.

*Udelle Bartlett, Charles N. Bulger* and *Robert C. Burlando* for appellant.

*Francis D. Culkin,* District Attorney (*Don A. Colony* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

---

JAMES FOLEY, Respondent, v. NEW YORK MUTUAL BENEVOLENT SOCIETY, Appellant.

*Foley* v. *N. Y. Mutual Benevolent Society*, 141 App. Div. 180, affirmed.

(Argued March 13, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, without a jury, in an action to recover an amount alleged to be due plaintiff as a benefit under the constitution and by-laws of defendant.

*Florence J. Sullivan* for appellant.

*A. L. Pincoffs* for respondent.

Judgment affirmed, with costs, on opinion of CLARKE, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.